JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  SACV 19-cv-01892-JLS                                      Date: July 13, 2020

Title:  Peter Reinert v. United States of America

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                                      Not Present

**Proceedings:**        (In Chambers) DISMISSAL ORDER

On June 30, 2020, in the related criminal case, 8:15-cr-00035-JLS, *United States v. Peter Heinrich Conrad Reinert*, the Court ordered that Petitioner's sentence be reduced to time served. The Bureau of Prisons Inmate Locator shows that Petitioner was released the following day, on July 1, 2020.

Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence is moot, and the Court DISMISSES the present action.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Initials of Preparer:  tg